IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FIRST REPUBLIC BANK,

    Plaintiff,

v.

STRAND GROUP,

    Defendant.

                             /

No. C 09-00988 CRB

**[PROPOSED] VERDICT FORM**

1. We, the Jury, find the defendant MAURICIO AGUILERA <u>NOT GUILTY</u> or <u>GUILTY</u> (circle one) as charged in Count 1 of the indictment.

If you find the defendant not guilty, do not consider paragraph 2 below, and your presiding juror should sign and date the form. If you find the defendant guilty as charged, proceed to paragraph 2 below.

2. We, the Jury, having found the defendant guilty of the offense charged in Count 1 of the indictment, further unanimously find that he conspired to possess with intent to distribute cocaine in the amount shown (place an X in the appropriate box):

    (i)    Weighing 5 kilograms or more     [ ]

    (ii)    Weighing at least 500 grams but less than 5 kilograms     [ ]

|  |  |
|---|---|
| (iii) Weighing less than 500 grams | [ ] |

3. We, the Jury, find the defendant MAURICIO AGUILERA <u>NOT GUILTY</u> or <u>GUILTY</u> (circle one) as charged in Count Five of the indictment.

If you find the defendant not guilty, do not consider paragraph 4 below, and your presiding juror should sign and date the form. If you find the defendant guilty as charged, proceed to paragraph 4 below.

4. We, the Jury, having found the defendant guilty of the offense charged in Count Five of the indictment, further unanimously find that he possessed with intent to distribute, cocaine in the amount shown (place an X in the appropriate box):

|  |  |  |
|---|---|---|
| (i) | Weighing 5 kilograms or more | [ ] |
| (ii) | Weighing at least 500 grams but less than 5 kilograms | [ ] |
| (iii) | Weighing less than 500 grams | [ ] |

DATED:_____  _____

                                                                   PRESIDING JUROR

**IT IS SO ORDERED.**

Dated:                                                          CHARLES R. BREYER
                                                                         UNITED STATES DISTRICT JUDGE